| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | SEVERA KEITH |
| 3 | Assistant Federal Public Defender |
| | 8th Floor - Suite 820 |
| 4 | 55 South Market Street |
| | San Jose, CA 95113 |
| 5 | Telephone:  (408) 291-7753 |
| | Facsimile:   (408) 291-7399 |
| 6 | Email:        Severa_Keith@fd.org |
| 7 | |
| 8 | Counsel for Defendant Rodriguez |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 21–00293 VKD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING AND SET SENTENCING DATE** |
| v. | |
| EDWARD RODRIGUEZ, | **Court:**            Courtroom 2, 5th Floor |
| Defendant. | |

   It is hereby stipulated by and between counsel for the United States and counsel for the Defendant, Edward Rodriguez, that the Status Hearing, currently set for June 13, 2022, should be vacated, and that this matter should be continued for Sentencing on September 22, 2022, at 10:00 a.m.

   The parties have conferred and defense counsel has informed the government that Mr. Rodriguez should be able to complete the diversion requirements by September 22, 2022.  As such, the parties agree that a Sentencing Hearing should be set in this matter.

   The parties further stipulate and request that this matter should be referred to the United States Probation Office for preparation of the Presentence Investigation Report.

|     |                      |                                                            |
| --- | -------------------- | ---------------------------------------------------------- |
| 1   |                      |                                                            |
| 2   |                      | IT IS SO STIPULATED.                                       |
| 3   |                      |                                                            |
| 4   | Dated: June 9, 2022  |                                                            |
| 5   |                      | JODI LINKER                                                |
| 6   |                      | Federal Public Defender<br>Northern District of California |
| 7   |                      | /S                                                         |
| 8   |                      | SEVERA KEITH<br>Assistant Federal Public Defender          |
| 9   |                      |                                                            |
| 10  | Dated: June 9, 2022  |                                                            |
| 11  |                      | STEPHANIE M. HINDS                                         |
| 12  |                      | U.S. Attorney<br>Northern District of California           |
| 13  |                      | /S                                                         |
| 14  |                      | BENJAMIN KLEINMAN<br>Assistant United States Attorney      |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD RODRIGUEZ,<br><br>    Defendant. | **Case No.:** CR 21–00293 VKD<br><br>**[PROPOSED] ORDER TO VACATE HEARING AND SET SENTENCING DATE**<br><br>**Court:**    Courtroom 2, 5th Floor |

    Based on the Stipulation of the Parties, and for Good Cause shown.

    IT IS HEREBY ORDERED, that the Status Hearing currently sent for June 13, 2022, is hereby Vacated, and this matter will be set for a Sentencing Hearing on September 22, 2022, at 10:00 a.m.

    IT IS FURTHER ORDERED, that this matter is referred to the United States Probation Office for preparation of the Presentence Investigation Report.

    IT IS SO ORDERED.

Dated: _____

                                                      VIRGINIA DEMARCHI
                                                      United States Magistrate Judge