ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-00293-VKD |
| Plaintiff, | NOTICE OF DISMISSAL   AND ORDER |
| v. | |
| EDWARD RODRIGUEZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Misdemeanor Information in this case against Edward Rodriguez.

DATED: May 6, 2023                                    Respectfully submitted,

                                                                                      ISMAIL J. RAMSEY
                                                                                       United States Attorney

                                                                                       */s/ Thomas A. Colthurst*
                                                                                       Thomas A. Colthurst
                                                                                       Chief, Criminal Division

Leave is granted to the government to dismiss the Misdemeanor Information against Edward Rodriguez.

Date: May 7, 2023

*Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge